IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ALFA VISION INSURANCE CORPORATION                                               PLAINTIFF

v.                                    No. 6:16-CV-06047

LUISA GARCIA; LILIANA JIMENEZ;
HERMAS MCCASLIN; SHIRLEY MCCASLIN;
and LISA HARTMAN                                                                DEFENDANTS

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that, on January 27, 2016, under a motor vehicle liability insurance policy—policy number 11-03-001696585—issued by Plaintiff Alfa Vision Insurance Corporation to Defendant Luisa Garcia, there was no coverage for a motor vehicle collision involving a 2004 Acura 3 2TL driven by Defendant Liliana Jimenez and a 2001 Buick LeSabre driven by Defendant Lisa Hartman and owned by Defendants Hermas and Shirley McCaslin.  Under the terms of the policy, Plaintiff Alfa Vision Insurance Corporation has no duty to defend any suit or settle any claim for bodily harm, sickness, disease, death, or for physical injury to, destruction of, or loss of use of tangible property resulting from that motor vehicle collision.

This matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 28th day of February, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE